■ (A) GEORGE STEY v. KORNER REALTY CORP. (B) THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH A. COONS v. WARDEN OF THE CITY PRISON et al. Concur — Breitel, J. P., Rabin, Valente, McNally and Stevens, JJ.— [In each action] Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served

and filed on or before September 28, 1961, with notice of argument for October 10, 1961, said appeal to be argued or submitted when reached.